THOMAS R. PARKER (SBN 141835)
Mendocino County Counsel's Office
501 Low Gap Road, Room 1030
Ukiah, CA  95482
Telephone: (707) 234-6885
Facsimile: (707) 463-4592
Email:  parkert@co.mendocino.ca.us


WILLIAM L. OSTERHOUDT (SBN 043021)
FRANK S. MOORE (SBN 158029)
DEAN B. ARNOLD (SBN 282118)
Law Offices of William Osterhoudt
135 Belvedere Street
San Francisco, California 94117
Telephone (415) 664-4600
Facsimile (415) 664-4691
Email: osterhoudt@aol.com

IN THE UNITED STATES DISTRICT COURT,

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE GRAND JURY SUBPOENAS,<br><br>MENDOCINO COUNTY, CALIFORNIA | **Case No. CR 12-90877-MISC RS**<br><br>STIPULATION OF PARTIES FOR CONTINUANCE OF HEARING AND [~~PROPOSED~~] ORDER |

By the foregoing, William L. Osterhoudt and Thomas R. Parker on behalf of Mendocino County, and Assistant United States Attorney Richard C. Cheng, on behalf of the United States of America, stipulate and agree, and jointly request that the hearing date currently scheduled for Tuesday, February 19, 2013 at 2:30p.m. be continued to Tuesday, March 19, 2013 at 2:30 p.m.

**SO STIPULATED.**

Date:   February 6, 2013     /s/   Thomas R. Parker  
                                                              THOMAS R. PARKER  
                                                              Mendocino County Counsel's Office

Date:  February 6, 2013     /s/    William L. Osterhoudt  
                                                              WILLIAM L. OSTERHOUDT  
                                                              Law Offices of William Osterhoudt

Date:   February 6, 2013     /s/   Richard C. Cheng  
                                                              RICHARD C. CHENG  
                                                              Assistant United States Attorney

## [~~PROPOSED~~] ORDER

Based on the Stipulation of the Parties, and GOOD CAUSE APPEARING, the Court vacates the February 19, 2013 hearing date for the motion to quash grand jury subpoena, and sets a hearing date of March 19, 2013, at 2:30 p.m.

**IT IS SO ORDERED.**

Date:   February  6 , 2013                       _____  
                                              HONORABLE RICHARD SEEBORG  
                                              United States District Judge

*Stipulation of the Parties for Continuance of Hearing and Proposed Order, Case No. Cr-12-90877-MISC RS*